MICHELE BECKWITH
Acting United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorneys

    501 I Street, Suite 10-100
    Sacramento, California 95814
    Telephone: (916) 554-2700

HARMEET DILLON
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel
SAMUEL A. KUHN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 307-6962

JOHN A. EISENBERG
Assistant Attorney General, National Security Division
PATRICK CASHMAN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

**FILED**
Jun 26, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOAH JACOB LAMB, <br><br> Defendant. | CASE NO. 2:25-cr-0152-TLN <br><br> PETITION TO SEAL INDICTMENT |

TO THE HONORABLE ALLISON CLAIRE, UNITED STATES MAGISTRATE JUDGE:

I, Robert C. Abendroth, Assistant United States Attorney for the Eastern District of California, petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above-named defendant with violations of 18 U.S.C. § 371, 18 U.S.C. § 373, § 1114, 18 U.S.C. § 119, 18 U.S.C. § 875(c), 18 U.S.C. § 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c). The Indictment has been returned by the Grand Jury to this Honorable Court.

2. The investigating agents believe that public disclosure of this indictment against defendant, NOAH JACOB LAMB will adversely affect the ongoing covert investigation.

THEREFORE, your petitioner asks that the aforesaid indictment, this Petition, and the Order to Seal, be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of this Court.

DATED: June 26, 2025

                                MICHELE BECKWITH
                                Acting United States Attorney

                      By: */s/ Robert C. Abendroth*
                            ROBERT C. ABENDROTH
                            Assistant U.S. Attorney