MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00257-DC |
| --- | --- |
| Plaintiff, | 2:25-CR-00152-TLN |
| v. | RELATED CASES ORDER |
| NOAH JACOB LAMB, | |
| Defendant | |

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned *United States v. Dallas Humber et al.*, Case No. 2:24-CR-00257-DC, is related to *United States v. Noah Lamb*, Case No. 2:25-CR-00152-TLN, within the meaning of Local Rule 123(a) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based on this finding and pursuant to Local Rule 123(c), **IT IS HEREBY ORDERED**:

1. The Clerk of the Court shall REASSIGN the case of *United States v. Noah Lamb*, Case No. 2:25-CR-00152-TLN to the Honorable Dena Coggins and that case shall be designated "Case No. 2:25-CR-00152-DC"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED**.

Dated:

                         Hon. TROY L. NUNLEY
                         Chief United States District Judge