# Exhibit A



# Exhibit B





# Exhibit C

 **Nikolai M.** 15:44

Imagine if all these shooters actually choose their targets well instead of killing random people

Exhibit D



**Nikolai M.**　　　　　　　　　　　　　　　　　　　　　　　00:04

I would like a day of the rope lynch mob

# Exhibit E

From: 801728721 Nikolai M.

Really the only way to make this stop is to sabotage it all. Make everything everywhere in a state of perpetual fear under rule of extreme ultraviolence

**Priority:** Normal

**Status:** Unread

**Platform:**

**Label:** Edited

3/9/2023 5:21:48 AM(UTC+0)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/data/data/org.telegram.messenger.web/files/account2/cache4.db : 0x1E7173D
EXTRACTION_FFS.zip/data/data/org.telegram.messenger.web/files/account2/cache4.db-wal : 0x292509

Exhibit F



Forwarded

From: 5571245904 user (owner)

Exactly. The enemy doesn't know that and they'll be terrorized 24/7

Priority: Normal
Status: Read
Platform:
Label: Forwarded

3/9/2023 12:44:33 AM(UTC+0)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/data/data/org.telegram.messenger.web/files/account3/cache4.db : 0xFC59C9C



Forwarded

From: 5571245904 user (owner)

Everyday they'll wake up thinking "is today the day? "

Priority: Normal
Status: Read
Platform:
Label: Forwarded

3/9/2023 12:44:33 AM(UTC+0)

Source Extraction:
File System (2)
Source Info:
EXTRACTION_FFS.zip/data/data/org.telegram.messenger.web/files/account3/cache4.db : 0xFC59BDB

# Exhibit G

i. nephilimclown (63715168964) - 10/24/2024 11:23:57pm PDT: I think about murder quite a lot

ii. nephilimclown (63715168964) - 02/08/2024 3:12:11pm PST: And kill untold numbers of people

iii. nephilimclown (63715168964) - 02/08/2024 3:12:20pm PST: In the most brutal and evil ways imaginable

v. nephilimclown (63715168964) - 10/29/2024 3:58:45pm PDT: Curb stomp a trannys head

vii. nephilimclown (63715168964) - 12/01/2024 7:16:50am PST: Planning to shoot a mexican through the head in mexico for fun

viii. nephilimclown (63715168964) - 12/01/2024 7:16:52am PST: Maybe 12

ix. nephilimclown (63715168964) - 12/03/2024 9:00:09pm PST: I want to saw off ▇▇▇ head

x. nephilimclown (63715168964) - 12/03/2024 9:00:14pm PST: I think about this often

xi. nephilimclown (63715168964) - 12/03/2024 9:00:27pm PST: Or maybe strangling them to death

# Exhibit H

From: 801728721 Nikolai M.

**Currently nomading the country**

**Priority:** Normal
**Status:** Unread
**Platform:**

3/9/2023 3:54:03 AM(UTC+0)

↩ Reply
From: 801728721 Nikolai M.

From: 801728721 Nikolai M.

Going to try to homelessly travel europe once I have a passport
**Priority:** Normal
**Status:** Unread
**Platform:**

9/10/2023 10:40:21 PM(UTC+0)

Might try to make it to the northwestern territories and Yukon if I get the chance before i
leave north america
**Priority:** Normal
**Status:** Read
**Platform:**
**Label:** Reply

9/10/2023 10:43:16 PM(UTC+0)