FID 11827642
USMS SACRAMENTO RCVD
JUN 27 2025 AM10:07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

**Jan 28, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA ,

    v.

**NOAH JACOB LAMB ,**

Case No:  **2:25−CR−00152−TLN**

# WARRANT FOR ARREST

**TO:  THE UNITED STATES MARSHAL**
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**    Noah Jacob Lamb

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Indictment

charging him or her with *(brief description of offense)*

### Conspiracy

in violation of Title _____ **18** _____ United States Code, Section(s) _____ **371** _____

| | |
|---|---|
| J. Donati | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **6/27/25**    **Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **NO BAIL**

by  **Magistrate Judge Allison Claire**

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant  _____

6/27/25

Date Received

Alan Yao − SDUSM

Name and Title of Arresting Officer

7/2/25

Date of Arrest

*[signature]*

Signature of Arresting Officer